# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3185

_____

| | |
|---|---|
| Erica Stewart, | * |
| | * |
| Appellant, | * |
| | *   Appeal from the United States |
| v. | *   District Court for the |
| | *   Eastern District of Arkansas. |
| ConAgra Foods, Inc., | * |
| | *   [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted: October 19, 2007
Filed: October 24, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Erica Stewart appeals the district court's[1] adverse grant of summary judgment in her employment discrimination action against her former employer, ConAgra Foods, Inc. Having carefully reviewed the record and considered Stewart's arguments, we find no basis for reversal. See Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (de novo standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.